AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) |
| v. | ) |
|  | ) Case No. 16-MJ-18 |
|  | ) |
|  | ) |
| James Moore, Jr. | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* James Moore, Jr.
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute a substance containing a detectable quantity of crack cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Date: 3/4/16

*Issuing officer's signature*

City and state: Baton Rouge, LA

Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 3/4/16, and the person was arrested on *(date)* 3/16/16
at *(city and state)* Baton Rouge, LA.

Date: 3/16/16

*Arresting officer's signature*

Josh Baddock, SA FBI
*Printed name and title*