AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED
UNITED STATES MARSHAL**

# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

4/1/2016 9:21:00 AM

**MIDDLE DISTRICT OF LOUISIANA**

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16-24-BAJ-RLB |
| James Moore, Jr. | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   James Moore, Jr.                                                                 ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute crack cocaine, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE COPY
March 31, 2016
*Lynda Miltz*
Deputy Clerk
U.S. District Court
Middle District of Louisiana
Baton Rouge, Louisiana

Date: **March 31, 2016**

*Issuing officer's signature*

City and state:   Baton Rouge, LA                                   Richard L. Bourgeois, Jr., U.S. Magistrate Judge
                                                                                         *Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/1/16, and the person was arrested on *(date)* 4/19/16
at *(city and state)* BATON ROUGE, LA.

Date: 4/19/16

*B. Bradstreet*
Arresting officer's signature

BOBBY BRADSTREET, DUSM
*Printed name and title*

---

ARRESTED ON COMPLAINT WARRANT PREVIOUSLY